McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Sean E Cortney
Nevada Bar No. 16218
  *sean.cortney@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GOVERNMENT EMPLOYEES
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | Case No. 2:23-cv-00471-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| JUNES LEGAL SERVICE, INC., DAJA RENEE HANDY, DAVID PUDER, AND BRITTNEY CAESAR, in her personal capacity and as the parent and natural guardian of J H, a minor, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:23-cv-00471-GMN-BNW

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

Each party will bear their own costs and attorneys' fees.

DATED this 16th day of March, 2024

DATED this 16th day of March, 2024

THE SCHNITZER LAW FIRM

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By   /s/ Jordan P. Schnitzer
Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 960-4050
Facsimile: (702) 960-4092
Jordan@TheSchnitzerLawFirm.com
Attorneys for Defendants,
BRITTNEY CAESAR, and J H, a minor

By   /s/ Jonathan W. Carlson
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Sean E Cortney
Nevada Bar No. 16218
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Attorneys for Plaintiff GOVERNMENT EMPLOYEES INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.**

Dated: March 18, 2024

_____
UNITED STATES DISTRICT JUDGE

9752562.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2024, a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP